# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-00289-01-CR-W-RK |
| | ) | |
| BENJAMIN K. STRIPLIN, | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM OF MATTERS DISCUSSED AND
### ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On December 14, 2021, the Grand Jury returned a one-count Indictment charging Defendant Benjamin K. Striplin with being a drug user in possession of a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
Government: Don Michael Green
Case Agent: Detective Steve Cook
Defense: Stephen C. Moss

**OUTSTANDING MOTIONS**: None

**TRIAL WITNESSES**:
Government: 8-10 without stipulations
Defendant: 3 witnesses, including the Defendant

**TRIAL EXHIBITS:**
Government: approximately 30 exhibits
Defendant: approximately 10 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
(X) Definitely for bench trial; (   ) Possibly for trial; (   ) Likely a plea will be worked out

**TRIAL TIME: 1/2 days total**
Government's case including jury selection: less than 1/2 day(s)

Defendant: less than 1/2 day(s)

**STIPULATIONS**: Interstate nexus

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**
        Government: None filed. **Due on or before September 12, 2023.**
        Defendant: None filed. **Due on or before September 12, 2023**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court: Due on or before September 20, 2023.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before September 20, 2023.**

**TRIAL SETTING**: Criminal jury trial docket set for September 25, 2023.

    **Please note:** The parties are in discussion with Judge Ketchmark's chambers to set this matter for a non-contested bench trial on stipulated facts.

    **IT IS SO ORDERED.**

                               */s/ Lajuana M. Counts*
                               LAJUANA M. COUNTS
                               UNITED STATES MAGISTRATE JUDGE